IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McINTOSH LABORATORY, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNCLE'S STEREO INC., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C-05-0090 MMC<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br>(Docket No. 20) |

　　　Before the Court is defendant Vivek Prabhakar's ("Prabhakar") motion, filed March 14, 2005, to dismiss the claims asserted against him, for lack of personal jurisdiction and failure to state a claim, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

　　　The May 6, 2005 hearing on the motion is hereby CONTINUED to June 24, 2005 at 9:00 a.m., to afford plaintiffs the opportunity to take discovery relevant to the issue of personal jurisdiction. See Data Disc, Inc. v. Systems Technology Associates, Inc., 557 F.2d 1280, 1285 n.1 (9th Cir. 1977) (noting such discovery "may appropriately be granted where pertinent facts bearing on the question of jurisdiction are controverted or where a more satisfactory showing of the facts is necessary.")  Plaintiff may file a supplemental

1  opposition no later than June 3, 2005.  Prabhakar may file a supplemental reply no later
2  than June 10, 2005.
3  **IT IS SO ORDERED.**
4  Dated: April 26, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge