| | |
|---|---|
| 1 | STEPHEN N. HOLLMAN, ESQ., SBN 55219<br>BUSINESS & TECHNOLOGY LAW GROUP |
| 2 | 160 W. Santa Clara Street, Suite 1050<br>San Jose, CA  95113 |
| 3 | Telephone:      (408) 282-1949<br>Facsimile:       (408) 275-9930 |
| 4 | Attorneys for defendants, UNCLE'S STEREO INC. (New York corporation); |
| 5 | UNCLE'S STEREO INC. (New Jersey corporation);<br>DEPENDABLEAUDIOVIDEO.COM; NEW YORK |
| 6 | WHOLESALE AUDIO VIDEO; RELIABLE<br>AUDIO VIDEO; ANDREW KENT, CARLOS DA SILVA, |
| 7 | and VIVEK PRABHAKAR (as he specially appears) |
| 8 | GREGORY J. CHARLES, SBN 208583<br>SILICON VALLEY LAW GROUP |
| 9 | A Law Corporation<br>25 Metro Drive, Suite 600 |
| 10 | San Jose, CA  95110<br>Telephone:      (408) 573-5700<br>Facsimile:       (408) 573-5701 |
| 11 | |
| 12 | Attorneys for defendants, HOME THEATER BY THE SEA, INC.<br>and NATHANIEL GURIEN (as he specially appears) |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MCINTOSH LABORATORY, INC., a Delaware corporation; and PARASOUND PRODUCTS, INC., a California corporation, | ) ) ) ) ) | CASE NO. C 05 00090 MMC |
| Plaintiffs, | ) ) | **STIPULATION TO CONTINUE DATE OF HEARING OF TWO RULE 12(B) MOTIONS AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| vs. | ) ) | |
| UNCLE'S STEREO INC., a New York corporation; UNCLE'S STEREO INC., a New Jersey corporation; DEPENDABLEAUDIOVIDEO.COM; DOWNTOWN AUDIO LLC, a limited liability company; HOME THEATER BY THE SEA, INC., a Delaware corporation; HOMETHEATERPEOPLE.NET; NEW YORK WHOLESALE AUDIO VIDEO; RELIABLE AUDIO VIDEO; VIVEK PRABHAKAR, an individual; CARLOS DA SILVA, an individual; ANDREW KENT a/k/a ANDREW KATZ, an individual; and NATHANIEL GURIEN, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | *[Electronic digital signatures permitted]* |
| Defendants. | ) ) | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | UNCLE'S STEREO INC., a New York corporation; UNCLE'S STEREO INC., a New Jersey corporation; DEPENDABLEAUDIOVIDEO.COM; NEW YORK WHOLESALE AUDIO VIDEO; RELIABLE AUDIO VIDEO; ANDREW KENT, and CARLOS DA SILVA,<br>　　　　Counterclaimants<br>vs.<br>MCINTOSH LABORATORY, INC., a Delaware corporation; and PARASOUND PRODUCTS, INC., a California corporation,<br>　　　　Counterdefendants. |

11　　　　IT IS HEREBY STIPULATED AND AGREED by the parties, acting through their

12　undersigned counsel, that (i) the two Rule 12(b) motions calendared by the Court for hearing on

13　August 12, 2005 at 9:00 a.m., pursuant to its Order dated May 6, 2005 and subsequently

14　continued by stipulation of the parties, be continued for hearing until September 29, 2005 at 9:00

15　a.m. and the date for filing all pleadings due from any party is to be extended based upon the

16　continued hearing date; and (ii) the Case Management Conference calendared by the Court for

17　hearing on August 12, 2005 at 10:30 a.m., pursuant to its Order dated May 6, 2005 and

18　subsequently continued by stipulation of the parties, be continued for hearing until September

19　29, 2005 at 10:30 a.m. and the date for filing the Joint Case Management Conference Statement

20　or any Separate Case Management Conference Statements is to be extended based upon the

21　continued hearing date.

22　//

23　//

24　//

25　//

26　//

27　//

28　//

| | | |
|---|---|---|
| 1 | DATED:     July 7, 2005 | BUSINESS & TECHNOLOGY LAW GROUP |
| 2 | | |
| 3 | | By:  /digitally signed/ *Stephen N. Hollman* |
| 4 | | Stephen N. Hollman, Attorneys for defendants and counterclaimants, |
| 5 | | UNCLE'S STEREO INC., a New York corporation; UNCLE'S STEREO INC., a |
| 6 | | New Jersey corporation; DEPENDABLEAUDIOVIDEO.COM; |
| 7 | | NEW YORK WHOLESALE AUDIO VIDEO; RELIABLE AUDIO VIDEO; |
| 8 | | ANDREW KENT, CARLOS DA SILVA, and VIVEK PRABHAKAR (as he is |
| 9 | | specially appearing) |
| 10 | // | |
| 11 | DATED:     July 7, 2005 | SILICON VALLEY LAW GROUP |
| 12 | | A Law Corporation |
| 13 | | |
| 14 | | By:  /digitally signed/ *Gregory J. Charles* |
| | | Gregory J. Charles, Attorneys for defendants, |
| 15 | | HOME THEATER BY THE SEA, INC., and NATHANIEL GURIEN (as he is |
| 16 | | specially appearing) |
| 17 | // | |
| 18 | APPROVED AND AGREED TO: | |
| 19 | | |
| 20 | DATED:     July 7, 2005 | REED SMITH LLP |
| 21 | | By:  /digitally signed/ *Jonah D. Mitchell* |
| 22 | | Jonah D. Mitchell Attorneys for plaintiffs |
| 23 | | McIntosh Laboratory, Inc. and Parasound Products, Inc. |
| 24 | // | |
| 25 | IT IS SO ORDERED: | |
| 26 | | APPROVED  Judge Maxine M. Chesney |
| 27 | Dated: July 7, 2005 | |
| 28 | | Hon. Maxine M. Chesney United States District Court Judge |